# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:  CHAPTER 13 CASE
NO. 09-30870-DHW

JEFFERY S. BROOKS,
XXX-XX-3019

MELANIE C. BROOKS,
XXX-XX-8034

Debtor(s).

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. Responses must be filed electronically with the Clerk or by U.S. mail addressed to: Clerk of the Bankruptcy Court, One Church Street, Montgomery, AL 36104.**

## TRUSTEE'S MOTION TO MODIFY DEBTOR(S) PLAN

COMES NOW, the Trustee, by and through the undersigned counsel, and moves this Honorable Court to modify the debtor(s) plan, and as grounds for said motion, states as follows:

1. American General filed a secured claim for which the debtor(s) confirmed plan does not make provisions.

2. Trustee advised debtor(s) attorney of the claim and requested the attorney to either make provisions or object; whichever was more appropriate.

3. Either action was taken but withdrawn or no action has been taken. The delay by the debtor(s) and/or debtor(s) attorney to resolve this matter has been prejudicial to the creditor in this case.

WHEREFORE, the Trustee moves this Honorable Court to amend the debtor(s) plan to provide for Court Claim #8 (Trustee Claim #3) of American General as secured with a

value of $289.97, 5% interest, and an SMP of $100.00.  The debtor(s) plan payment shall remain the same.

      Respectfully submitted this 11th day of January 2010.

                                                Curtis C. Reding
                                                Standing Chapter 13 Trustee

                    By:    /s/  Sabrina L. McKinney
                            Sabrina L. McKinney
                            Staff Attorney
                            ASB-3162-I71S

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone:  334-262-8371
Fax:  334-834-7635
Email:  mckinneys@ch13mdal.com

CERTIFICATE OF SERVICE

      I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S MOTION TO MODIFY DEBTOR(S) PLAN has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 11th day of January 2010.

                                                /s/  Sabrina L. McKinney
                                                Sabrina L. McKinney

Jeffery & Melanie Brooks
3304 Oakside Court
Columbia, MO  65203

Vonda S. McLeod (electronic filing)

American General Finance
600 North Royal Ave.
Evansville, IN  47715